| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:02CR00061(AWT) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 07 mm 873 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Angelo Bermudez | CONNECTICUT | HARTFORD |
| | NAME OF SENTENCING JUDGE The Honorable Alvin W. Thompson, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/2007 — TO 06/2010 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute 5 Kilograms or More of Cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1).

*[Stamp: Judge McMahon]*
*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: SEP 17 2007]*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 20, 2007                                    _[signature]_ A.W. Th_____
Date                                               The Honorable Alvin W. Thompson
                                                   United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTHERN DISTRICT NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

SEP 14 2007                                        _[signature]_
Effective Date                                     United States ~~District~~ Judge

DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK