

P42095/E.Rivera

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

TO:       Jim Molinelli, Miscellaneous Clerk

FROM:    Elisha Rivera, Senior United States Probation Officer

RE:       Angelo Bermudez

DATE:    September 6, 2007

**07 CRIM 873**

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On July 16, 2004, the above-named individual was sentenced in the District of Connecticut outlined in the attached J & C.

In August 20, 2007, we received the Prob. 22's endorsed by the Honorable Alvin J. Thompson, U.S. District Court Judge, ordering Mr. Bermudez's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer

ELECTRONICALLY FILED
DOC #:
SEP 17 2007